# UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF MICHIGAN
### FLINT DIVISION

**Name of debtor:** Kristopher W. Golembiewski  
Krista Golembiewski

**Case No.** 12-33897-DSO

**Chapter 13**

## Notice of Mortgage Payment Change

**If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002-1.

**Name of creditor:** OneWest Bank, FSB

**Court claim no.** (if known): 4

**Last four digits** of any number you use to identify the debtor's account: xxxxxx3372

**Date of payment change:** Must be at least 21 days after date of this notice: 11/01/2013

**New total payment:** Principal, interest, and escrow, if any    $1,205.89

## Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**
- ☐ No.
- ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

**Current escrow payment:** $289.48    **New escrow payment:** $327.69

## Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable rate note?**
- ☒ No.
- ☐ Yes. Attach a copy of the rate change notice, prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

**Current interest rate:** _____ %     **New interest rate:** _____ %

**Current principal and interest payment:** _____    **New principal and interest payment:** _____

## Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**
☒ No.
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take affect.)*

**Reason for change:** _____

**Current mortgage payment:** _____    **New mortgage payment:** _____

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☐ I am the creditor.      ☒ I am the creditor's authorized agent.
                         (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

/s/ Craig A. Edelman
Signature                                                      Date: 08/24/2013

Print:    Craig A. Edelman                              Title    Authorized Agent for
          First Name   Middle Name   Last Name                   OneWest Bank, FSB

Company:  Buckley Madole, P.C.

Address:  9441 LBJ Freeway, Suite 250
          Number        Street

          Dallas, Texas  75243
          City          State       Zip Code

Contact Phone:  (972) 643-6600         Email:  PCNInquiries@BuckleyMadole.com

Certificate of Service

I certify that the foregoing notice has been served electronically on the Debtor's Counsel and the Chapter 13 Trustee and has been mailed to Debtor at the following address on or before August 30th, 2013:

Debtor's Attorney Information
Jesse R. Sweeney
Attorney At Law
30555 Southfield Suite 400
Southfield, MI 48076

Debtors Information
Kristopher Golembiewski
1380 Windwood
Flint, Michigan 48507

Krista Golembiewski
1380 Windwood
Flint, Michigan 48507

Chapter 13 Trustee Information
Carl Bekofske
400 N. Saginaw Street, Suite 331
Flint, Michigan 48502

Respectfully Submitted,

/s/ Craig A. Edelman

**IndyMac Mortgage Services,**
a division of OneWest Bank, FSB
6900 Beatrice Drive • Kalamazoo, MI 49009

**ESCROW ACCOUNT**
**DISCLOSURE STATEMENT**
DATE: August 14, 2013
LOAN NUMBER: ▮▮▮▮

For statement questions,
Please call Customer Service at
1.800.781.7399

Visit our website at:
www.owb.com

KRISTOPHER GOLEMBIEWSKI
CO SWEENEY LAW OFFICES PLLC
STE 400
30555 SOUTHFIELD RD
SOUTHFIELD MI 48076

PLEASE BE ADVISED THAT THIS STATEMENT IS NOT BEING USED TO COLLECT A DEBT, BUT IS FOR INFORMATIONAL PURPOSES ONLY.

**YOUR MONTHLY MORTGAGE PAYMENT MAY BE CHANGING - THIS NOTICE WILL HELP YOU UNDERSTAND WHY**

As you know, we maintain an escrow account for your mortgage which is used to pay such items as property taxes, insurance premiums, or mortgage insurance. The escrow account must be reviewed at least annually to determine whether enough funds are being collected each month, and whether the account has a shortage or surplus. This notice provides all of the information required by federal regulations to help you understand how IndyMac Mortgage Services calculates your monthly escrow payment and determines the proper account balance required. Please take a few minutes to read this notice carefully. It has been provided to answer most of your questions.

**PART 1 - WHAT ESCROW AMOUNTS CAN I EXPECT INDYMAC MORTGAGE SERVICES TO PAY IN THE COMING 12 MONTHS?**

We expect to disburse money from your escrow account to pay certain escrow bills as they are due. We anticipate paying these amounts for the next 12 months to help us determine how much money is needed in your escrow account. The following are our estimates:

CITY TAX         $2,267.28     HAZARD INS         $1,367.00

The total amount of all of these estimated escrow payments is $3,634.28. Your normal escrow payment must be one-twelfth of the total annual amount. The monthly escrow payment for your mortgage is $302.86 based on this information.

**PART 2 - WHAT IS MY NEW MORTGAGE PAYMENT AMOUNT?**

Your total monthly mortgage payment includes the monthly escrow payment. It also includes the monthly amount for repayment of your loan (principal and interest) and other amounts, for services you have requested. The following is a breakdown of the new monthly mortgage payment amount:

| | | |
|---|---|---|
| Loan Payment (principal and interest): | $878.20 | (this is determined from your Loan Note) |
| Escrow Payment (tax and insurance): | $302.86 | (see Part 1 for explanation) |
| Escrow Shortage/Surplus: | $24.83 | (see Part 3 for explanation) |
| Optional Services: | $0.00 | (for customers selecting optional services) |
| Miscellaneous: | $0.00 | |
| Less: Buydown/Assistance Payment: | $0.00 | |
| TOTAL NEW MORTGAGE PAYMENT IS | $1,205.89 | BEGINNING ON November 01, 2013. |

Note: Your monthly payment may also change in the future if you have an adjustable rate mortgage, buydown/assistance subsidies, select optional services or you have a surplus less than $50.00.

Your new payment amount will be    $1,181.06    if you pay your shortage in a lump sum.

**PART 3 - WHY IS THERE A SHORTAGE OR SURPLUS IN MY ESCROW ACCOUNT?**

We anticipate that your escrow balance will be $2,091.86 at the end of October. We require that your escrow balance be $2,389.78 at that time. This results in a shortage of $297.92.

If your escrow account started with the required beginning balance, then the account would reach a low point (or minimum balance) at some point in the next 12 months of $601.72. This low point or minimum balance cannot be more than is allowable under federal regulations, under your state's laws/regulations, or by the specific terms of your mortgage contract. Information on the reverse side will help you understand how much money we need in the escrow account and how it is used.

*** CONTINUED ON REVERSE SIDE ***

---

**IndyMac Mortgage Services,**
a division of OneWest Bank, FSB
6900 Beatrice Drive • Kalamazoo, MI 49009

KRISTOPHER GOLEMBIEWSKI
30555 SOUTHFIELD RD
SOUTHFIELD MI 48076

**S H O R T A G E**

LOAN NUMBER: ▮▮▮▮
SHORTAGE AMOUNT:    $297.92-

PLEASE BE ADVISED THAT THIS STATEMENT IS NOT BEING USED TO COLLECT A DEBT, BUT IS FOR INFORMATIONAL PURPOSES ONLY.

If you prefer to pay your escrow shortage of $297.92 in a lump sum, please make your check payable to IndyMac Mortgage Services and return with this coupon. Please include your loan number on the check and send to IndyMac Mortgage Services PO Box 4045 Kalamazoo, MI 49003-4045. Your new payment amount will then be $1,181.06 effective

INDYMAC MORTGAGE SERVICES
PO BOX 4045
KALAMAZOO MI 49003-4045

PART 4: SUMMARY OF YOUR PROJECTION OF ESCROW ACCOUNT FOR THE NEXT 12 MONTHS.

To see why we must start with the required beginning balance, please review the following projection which shows the: estimated monthly deposits to escrow, estimated disbursements from escrow, and monthly ending account balances. The escrow account should start with the required beginning balance for the 12 month period covering 11/13 thru 10/14.

| Description | Month | Anticipated Amount To Escrow | Anticipated Amount From Escrow | Projected Escrow Balance at End of Month | Balance Required at End of Month |
|---|---|---|---|---|---|
| | Beginning: | | | $2,091.86 | $2,389.78 |
| | November | 302.86 | .00 | 2,394.72 | 2,692.64 |
| CITY/TWP TAX | December | 302.86 | 1,022.78 | 1,674.80 | 1,972.72 |
| HAZ INS | December | .00 | 1,367.00 | 307.80 | 605.72 |
| | January | 302.86 | .00 | 610.66 | 908.58 |
| | February | 302.86 | .00 | 913.52 | 1,211.44 |
| | March | 302.86 | .00 | 1,216.38 | 1,514.30 |
| | April | 302.86 | .00 | 1,519.24 | 1,817.16 |
| | May | 302.86 | .00 | 1,822.10 | 2,120.02 |
| | June | 302.86 | .00 | 2,124.96 | 2,422.88 |
| | July | 302.86 | .00 | 2,427.82 | 2,725.74 |
| CITY/TWP TAX | August | 302.86 | 1,244.50 | 1,486.18 | 1,784.10 |
| | September | 302.86 | .00 | 1,789.04 | 2,086.96 |
| | October | 302.86 | .00 | 2,091.90 | 2,389.82 |
| | Totals: | 3,634.32 | 3,634.28 | | |

PART 5: SUMMARY OF YOUR ESCROW ACCOUNT SINCE THE LAST TIME YOU RECEIVED AN ESCROW STATEMENT WITH A 12 MONTH PROJECTION.

The last 12-month projection you received included estimates of escrow deposits and escrow disbursements for taxes and/or insurance. Your last year's payment was $1,159.79, of which $878.20 was applied to principal and interest and $281.59 was applied to your escrow account. The following information provides a summary of what we estimated would happen compared to what actually happened in your escrow account.

| Activity Description | Month | PROJECTED Deposits | PROJECTED Disbursements | PROJECTED Balance | ACTUAL Deposits | | ACTUAL Disbursements | | ACTUAL Balance |
|---|---|---|---|---|---|---|---|---|---|
| | October | 289.48 | .00 | 2,229.22 | .00 | * | .00 | | 213.38 |
| HAZ INS | November | 289.48 | .00 | 2,518.70 | .00 | * | 1,367.00 | * | 1,153.84- |
| CITY/TWP TAX | December | 289.48 | 1,021.22 | 1,786.96 | .00 | * | 1,022.76 | * | 2,176.42- |
| HAZ INS | December | .00 | 1,208.00 | 578.96 | .00 | | .00 | | 2,176.42- |
| | January | 289.48 | .00 | 868.44 | .00 | * | .00 | | 2,176.42- |
| | February | 289.48 | .00 | 1,157.92 | .00 | * | .00 | | 2,176.42- |
| | March | 289.48 | .00 | 1,447.40 | .00 | * | .00 | | 2,176.42- |
| | April | 289.48 | .00 | 1,736.88 | .00 | * | .00 | | 2,176.42- |
| | May | 289.48 | .00 | 2,026.36 | 583.18 | * | .00 | | 1,593.24- |
| | June | 289.48 | .00 | 2,315.84 | 583.18 | * | .00 | | 1,010.06- |
| | July | 289.48 | .00 | 2,605.32 | 291.59 | * | .00 | | 718.47- |
| CITY/TWP TAX | August | 289.48 | 1,244.50 | 1,650.30 | 3,475.87 | E | 1,244.50 | E | 1,512.90 |
| | September | 289.48 | .00 | 1,939.78 | 289.45 | E | .00 | E | 1,802.38 |
| | October | .00 | .00 | 1,939.78 | 289.45 | E | .00 | E | 2,091.86 |
| | Totals: | 3,473.76 | 3,473.72 | | 5,512.78 | | 3,634.28 | | |

The above shows the projection from the last escrow statement and what actually happened in the escrow account. You can compare these amounts to see the differences. For example, if actual bills were paid in a month different than we estimated, the ending monthly balance may have been different than what was projected. If actual bills paid were in an amount different than we estimated, the ending monthly balance may have been different than what was projected.

There are asterisks (*) above for any item which was either paid in a different month or in a different amount than the original estimates. An "E" indicates a projected deposit that has not yet been received or a projected payment we estimate will be paid as shown.

The history information may be incomplete if this is the first escrow analysis since IndyMac Mortgage Services began servicing your loan

If we paid out more than we estimated, the escrow balance may have a shortage. If we paid out less than we estimated, the escrow balance may have a surplus. The amount of a shortage or surplus is explained in Part 3.

### Need To Reach Us?

**Visit our website at:**
www.owb.com

**Automated Information:**
1-800-781-7399

**Contact us through our website:**
Use our secured messaging service online through your My Mortgage account at www.owb.com

**Customer Service:**
1-800-781-7399
8:00 am - 9:00 pm EST, Monday - Friday

**Correspondence Address:**
IndyMac Mortgage Services
a division of OneWest Bank, FSB
PO Box 4045
Kalamazoo, MI 49003-4045

**Overnight Address:**
IndyMac Mortgage Services
a division of OneWest Bank, FSB
6900 Beatrice Drive
Kalamazoo, MI 49009

**Fax Numbers:**
Insurance Dept.  269-353-2434
Tax Dept  269-353-2485
Payoff Dept.  269-353-2437
All Other Faxes  269-353-2432